# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| **Aaron Emmanuel Soto,**<br>Plaintiff<br>-vs-<br>**Joseph M. Arpaio, et al.,**<br>Defendants | CV-10-0679-PHX-GMS (JRI)<br><br>**ORDER** |

Under consideration are Plaintiff's Motion for Extension of Time and Motion for Copy of Motion to Dismiss, filed July 8, 2010 (Doc. 21). Plaintiff relates that he has not received a copy of Defendant's Motion to Dismiss (Doc. 19), requests a copy, and requests an extension of time to respond to the motion. Defendants have responded (Doc. 23) advising that they have again served Plaintiff with a copy of the motion, and consenting to an extension.

**IT IS THEREFORE ORDERED** that Plaintiff's Motion for Extension of Time, filed July 8, 2010 (Doc. 21) is **GRANTED**. Plaintiff shall have until **August 6, 2010** to respond to Defendants' Motion to Dismiss (Doc. 19).

**IT IS FURTHER ORDERED** that Plaintiff's Motion for Copy of Motion to Dismiss, filed July 8, 2010 (Doc. 21) is **DENIED** as moot.

DATED: July 19, 2010

_____
JAY R. IRWIN
United States Magistrate Judge

S:\Drafts\OutBox\10-0679-021o Order 10 07 13 ru MExtend MCopy.wpd

- 1 -