# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| **Aaron Emmanuel Soto,**<br>Plaintiff<br>-vs-<br>**Joseph M. Arpaio, et al.,**<br>Defendants | CV-10-0679-PHX-GMS (JRI)<br><br>**ORDER** |

Under consideration is Plaintiff's Motion to Extend, mailed August 6, 2010 and filed August 9, 2010 (Doc. 25). Plaintiff seeks a 14 day extension of the August 6, 2010 deadline to respond to the Motion to Dismiss (Doc. 19), citing as cause the unannounced closure of the prison legal resource center, precluding Plaintiff from making copies. Although briefing on the motion is not complete, Rule 6(b)(1)(A), Federal Rules of Civil Procedure permits a timely request for extension to be granted upon good cause "with or without motion or notice." The Court finds good cause.

**IT IS THEREFORE ORDERED** that Plaintiff's Motion to Extend, filed August 9, 2010 (Doc. 25) is **GRANTED**. Plaintiff shall have through **August 20, 2010** to respond to Defendants' Motion to Dismiss (Doc. 19).

DATED: August 11, 2010

_____
JAMES F. METCALF
United States Magistrate Judge, for
JAY R. IRWIN
United States Magistrate Judge

S:\Drafts\OutBox\10-0679-025o Order 10 08 10 re Mxetend.wpd

- 1 -