Aaron Soto - DOC#241379
Arizona State Prison Complex - Lewis
Morey Unit / 3B19
PO Box 3300
Buckeye, Az 85326
[IN PROPORIA PERSONNA]

✓ FILED ___ LODGED
___ RECEIVED ___ COPY
JAN 25 2011
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY ___ DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Aaron Emmanuel Soto<br>Plaintiff,<br><br>v.<br><br>Joseph M. Arpaio, et al.,<br>Defendants. | No. CV100679PHXGMSJRI<br><br>Notice of Service of Plaintiff's First Supplemental Request for Production of Documents Pursuant to 34(a)(1), Fed.R.Civ.P |

NOTICE IS HEREBY GIVEN that Plaintiff did serve via U.S. Mail on January 19, 2011 their First Supplemental Request for Production of Documents upon Defendants.

RESPECTFULLY SUBMITTED this 19th day of January, 2011.

[signature]

Aaron Soto #241379
Plaintiff IN PRO SE

Original and copies of the foregoing mailed/served this 19th day of January, 2011 to:

Clerk of the Court
United States District Court
Sandra Day O'Connor U.S. Courthouse - Suite 130
401 W. Washington Street - SPC 1
Phoenix, Az 85003

Copy of the foregoing mailed/served this 19th day of January, 2011 to:

J. Scott Dutcher
Associate General Counsel
Maricopa County Office of General Litigation Services
301 W. Jefferson Street - Suite 3200
Phoenix, Az 85003

Aaron Soto #241379
Plaintiff IN PRO SE